Case Number 09-18019 - MLADENOVIC, STEVAN

| Creditor | Claim No. | Amount Allowed | | Amount Paid |
|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 000004 | 150.42 | Ck # 107 | 3.04 |
| User Friendly Phone Book POB 131929 The Woodlands, TX 77393 | 000006 | 240.13 | Ck # 109 | 4.85 |
| ---------- Remittance Total ---------- | | 390.55 | | 7.89 |

*[signature]*
LAUREN A. HELBLING, Trustee

**FILED 2010 OCT 27 PM 3:29**
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND